# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action Number |
| ) | 10-03029-01/02-CR-S-GAF |
| Wesley Paul Coonce, Jr. and ) | |
| Charles Michael Hall, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the GOVERNMENT'S MOTION AND MEMORANDUM REQUESTING DISCOVERY OF MENTAL HEALTH EVIDENCE, filed November 19, 2013 [Doc. 408]. In its motion, the Government requests disclosure of Coonce's and Hall's mental health evidence related to any claim of mental retardation and mitigation and also requests a hearing for the Court to make any retardation determination. In light of the Coonce's response that he does not intend to assert a claim of mental retardation [Doc. 429] and Hall's response that he understands his obligation to provide such information on or before February 21, 2014 in accordance with the Scheduling Order [Doc. 359], it is

**ORDERED** that the GOVERNMENT'S MOTION AND MEMORANDUM REQUESTING DISCOVERY OF MENTAL HEALTH EVIDENCE, filed November 19, 2013 [Doc. 408] is **DENIED** at this time. In the event that Hall provides notice of his intention to assert a claim of mental retardation under Rule 12.2, the Court may revisit the issue of the necessity of a hearing, if requested to do so.

                                                      */s/ John T. Maughmer*
                                                         **John T. Maughmer**
                                         **United States Magistrate Judge**