# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action Number |
| | ) | 10-03029-01/02-CR-S-GAF |
| Wesley Paul Coonce, and | ) | |
| Charles Michael Hall, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION TO RECONSIDER AND AUTHORIZING TRAVEL

Pending before the Court is *Wesley Paul Coonce's Motion To Reconsider Order Sustaining Government's Motion To Depose Dr. Reynolds,* filed February 14, 2014 [Doc. 499]. On February 25, 2014, the Court conducted a telephone conference with counsel regarding Coonce's motion and, after due consideration of the issues presented, and in accordance with the discussion held during that conference, it is

**ORDERED** that, to preserve the trial testimony of Dr. Reynolds while leaving the ultimate admissibility of Dr. Reynolds' testimony to Judge Fenner's determination as the trial judge, it is

**ORDERED** that *Wesley Paul Coonce's Motion To Reconsider Order Sustaining Government's Motion To Depose Dr. Reynolds,* filed February 14, 2014 [Doc. 499] is **DENIED**. Accordingly, it is further

**ORDERED** that the *Motion To Authorize Travel,* filed February 17, 2014 [Doc. 500] is **GRANTED**. Counsel Thomas D. Carver and Shane P. Cantin, are authorized to travel to

Terre Haute, Indiana at a time agreed upon by the parties, and accommodating weather conditions, for the purpose of appearing and participating in the deposition of Dr. Brandi Reynolds at the U.S. Penitentiary in Terre Haute, Indiana and to be reimbursed for all allowable attendant travel expense. Further, to the extent it is cost-effective, travel arrangements may be made through the Court's travel service. It is further

**ORDERED** that *Charles Michael Hall's Request For Authorization For Defense Counsel Frederick A Duchardt, Jr. To Travel To Terre Haute, Indiana For Witness Deposition,* filed February 23, 2014 [Doc. 510] is **GRANTED**. Counsel Frederick A Duchardt, Jr. is authorized to travel to Terre Haute, Indiana at a time agreed upon by the parties, and accommodating weather conditions, for the purpose of appearing and participating in the deposition of Dr. Brandi Reynolds at the U.S. Penitentiary in Terre Haute, Indiana and to be reimbursed for all allowable attendant travel expense. Further, to the extent it is cost-effective, travel arrangements may be made through the Court's travel service.

            */s/ John T. Maughmer*
             **John T. Maughmer**
          **United States Magistrate Judge**