# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SPRINGFIELD DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action Number |
| ) | 10-03029-01/02-CR-S-GAF |
| Wesley Paul Coonce, and ) | |
| Charles Michael Hall, ) | |
| ) | |
| Defendant. ) | |

## ORDER SUBSTITUTING TRAVEL AUTHORIZATION

Pending before the Court is *Charles Michael Hall's Request For Modification Of Travel Order To Substitute Michael W. Walker For Frederick A. Duchardt, Jr. To Travel To Terre Haute, Indiana For Witness Deposition,* filed February 28, 2014 [Doc. 529]. After due consideration of the issues presented, and for good cause appearing, it is

**ORDERED** that *Charles Michael Hall's Request For Modification Of Travel Order To Substitute Michael W. Walker For Frederick A. Duchardt, Jr. To Travel To Terre Haute, Indiana For Witness Deposition,* filed February 28, 2014 [Doc. 529] is **GRANTED** and Document 527 is hereby amended to substitute Michael W. Walker for Frederick A. Duchardt, Jr. as authorized to travel to Terre Haute, Indiana at a time agreed upon by the parties, and accommodating weather conditions, for the purpose of appearing and participating in the deposition of Dr. Brandi Reynolds at the U.S. Penitentiary in Terre Haute, Indiana and to be reimbursed for all allowable attendant travel expense. Further, to the extent it is cost-effective, travel arrangements may be made through the Court's travel service.

/s/ John T. Maughmer
                               John T. Maughmer
                            United States Magistrate Judge