# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
|           **Plaintiff,** | ) |
| | ) |
| v. | ) Case: 10-3029-01/02-CR-S-GAF |
| | ) |
| Wesley Paul Coonce and | ) |
| Charles Michael Hall, | ) |
| | ) |
|           **Defendants.** | ) |

# ORDER

Pending before the Court is the MOTION FOR LEAVE TO RESPOND TO THE GOVERNMENT'S PROPOSED REDACTIONS AND GOVERNMENT'S SUGGESTIONS IN SUPPORT AS CONTAINED IN ITS EMAIL TO THE COURT OF MARCH 15, 2014, filed March 17, 2014 [Doc. 574]. After due consideration of the issues presented, and for good cause appearing, it is

**ORDERED** that the MOTION FOR LEAVE TO RESPOND TO THE GOVERNMENT'S PROPOSED REDACTIONS AND GOVERNMENT'S SUGGESTIONS IN SUPPORT AS CONTAINED IN ITS EMAIL TO THE COURT OF MARCH 15, 2014, filed March 17, 2014 [Doc. 574] is **DENIED**. The Court requested only the defendants' statements the Government intended to use at trial, as well as its proposed *Bruton* redactions. To the extent the Government's email response contained additional argument and suggestions, the Court will not entertain these arguments and suggestions. Nonetheless, if they so choose, Coonce and Hall may submit their own proposed redacted statements on or before March 24, 2014 for Judge Fenner's use in consideration of the severance

motions. And, in keeping with the Court's initial request, counsel may either email pdf copies of the proposed statements and redactions to pamela.alexander@mow.uscourt.gov and/or send hard copies to Judge Maughmer's chambers.

          */s/ John T. Maughmer*
            **John T. Maughmer**
     **United States Magistrate Judge**