# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case: 10-3029-01/02-CR-S-GAF |
| | ) |
| Wesley Paul Coonce and | ) |
| Charles Michael Hall, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the REQUEST FOR RESETTING COMPENSATION LIMITS FOR APPOINTED COUNSEL, filed February 27, 2014 [Doc. 528]. After due consideration of the issues presented, and for good cause appearing, it is

**ORDERED** that the REQUEST FOR RESETTING COMPENSATION LIMITS FOR APPOINTED COUNSEL, filed February 27, 2014 [Doc. 528] is **GRANTED**. Accordingly, effective March 1, 2014, the hourly compensation rate for appointed counsel in the above-captioned capital case shall be $180.00 per hour.

                                               */s/ John T. Maughmer*
                                                       **John T. Maughmer**
                                               **United States Magistrate Judge**